## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## CIVIL ACTION NO.  3:07CV-P195-H

**CARL S. ROBB**

                                          **PLAINTIFF**

**v.**

**SERGEANT DAVIS** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:　　Plaintiff, *pro se*
　　　　Defendants
　　　　Jefferson County Attorney
4412.008